**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−24827−JAD**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Nina C Hart
   aka Nina C. Brooks
   764 International Blvd.
   Houston, TX 77024

Social Security No.:
   xxx−xx−3953

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203<br>Telephone number: 412−471−9670 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>May 14, 2018<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>May 14, 2018<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 4/12/18

BY THE COURT

Jeffery A. Deller
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-24827-JAD
Nina C Hart                                                         Chapter 13
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                  Page 1 of 2            Date Rcvd: Apr 12, 2018
                               Form ID: rsc13              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db             +Nina C Hart,    764 International Blvd.,    Houston, TX 77024-3585
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14737690       +AES,    P.O. Box 61047,   Harrisburg, PA 17106-1047
14737691       +AES/PHEAA,    P.O. Box 61047,   Harrisburg, PA 17106-1047
14737693       +Bank of America Home Loans,    4909 Savarese Circle,    FL1-908-01-47,   Tampa, FL 33634-2413
14737695       +Capital One,    P.O. Box 30253,   Salt Lake City, UT 84130-0253
14737696       +Capital One Bank,    P.O. Box 30281,   Salt Lake City, UT 84130-0281
14737697        Comcast Cable,    c/o CMI,   4200 International Parkway,    Carrollton, TX 75007-1912
14737698        Credit Acceptance Corporation,    P.O. Box 5070,   Southfield, MI 48086-5070
14737700       +DSNB/Macys,    P.O. Box 8218,   Mason, OH 45040-8218
14737701       +Fedloan Servicing,    P.O. Box 60610,   Harrisburg, PA 17106-0610
14737702        First Premier Bank,    3820 N. Louise Avenue,   Sioux Falls, SD 57107-0145
14737704       +Gold's Gym,    c/o First Credit Services,    377 Hoes Lane,   Suite 200,
                 Piscataway, NJ 08854-4155
14737705       +Peoples Natural Gas,    c/o Credit Protection Associates,    13355 Noel Road,   Suite 2100,
                 Dallas, TX 75240-6837
14737706       +Sallie Mae,    123 Justison Street,   3rd Floor,   Wilmington, DE 19801-5360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 13 2018 01:26:33      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14737692       +E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2018 01:26:14      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
14808284        E-mail/Text: ally@ebn.phinsolutions.com Apr 13 2018 01:26:14      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14737699        E-mail/PDF: creditonebknotifications@resurgent.com Apr 13 2018 01:31:21      Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
14737703       +E-mail/Text: banko@acsnv.com Apr 13 2018 01:26:59      Gentle Breeze,
                 c/o Allied Collection Services,    3080 S. Durango Drive,    #208,   Las Vegas, NV 89117-9194
14739319       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2018 01:51:09
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14809415        E-mail/Text: bnc-quantum@quantum3group.com Apr 13 2018 01:26:25
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14737707        E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 01:31:48      Synchrony Bank/JC Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
14737708       +E-mail/Text: abovay@creditmanagementcompany.com Apr 13 2018 01:26:57      UPMC Tuition Benefit,
                 c/o Credit Management Company,    2121 Noblestown Road,   Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS   (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank Of America, N.A.
14737694        Brian Hart
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: mgut                  Page 2 of 2              Date Rcvd: Apr 12, 2018
                               Form ID: rsc13              Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:

        James Warmbrodt   on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
        James A. Prostko   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
        james.prostko@phelanhallinan.com
        Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
        ncardiello@ecf.epiqsystems.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Rodney D. Shepherd   on behalf of Debtor Nina C Hart rodsheph@cs.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

        TOTAL: 7