FILED
5/18/18 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Hart                                                    JAD/TPA/CMB/GLT

Case Number: 17-24827

Date of Meeting: 5/14/18                         Recording # 18
Debtor(s) present ✓ or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Shepherd _____ (Present ___ or Not Present ✓)
Date of Plan at § 341: 3/5/18  Applicable commitment period ___ 3 yrs ✓ 5 yrs

Need copy of 2017 tax return for T review

__✓__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD          _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____ ; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
       _____ 341 Meeting   OR  __✓__ Conciliation Conf. OR __ *Contested Hearing
       On 7/26/18  at 9:00 am/pm  Location 3250

Chapter 13 Trustee/Attorney for Trustee