```
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF PENNSYLVANIA
IN RE: NINA C. HART,    ) 17-24827 JAD
                        )
        Debtor.         ) Chapter 13
                        )
     NINA C. HART,      ) Docket No.60
                        ) Rel. To Docket Nos. 56
        Movant,         )
                        )
        vs.             )
     HEALTHHELP, LLC.,  ) Hearing Date & Time:
     BAKERY,            )
                        )
        Respondent.     )
     SSN (1) xxx-xx-3953
     SSN (2) xxx-xx-xxxx
```

ORDER OF COURT

AND NOW, this __17th__ day of __May__, 2018, upon consideration of the Motion To Terminate Wage Attachments, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Nina C. Hart's wages through Healthhelp, LLC., 16945 Northcase Drive, Suite 1300, Houston, TX 77060 is terminated.

By the Court:

FILED
5/17/18 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf_____
Jeffery A. Deller
United States Bankruptcy Judge

```
                       United States Bankruptcy Court
                       Western District of Pennsylvania
```

In re:                                                      Case No. 17-24827-JAD
Nina C Hart                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam              Page 1 of 1              Date Rcvd: May 17, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +Nina C Hart,   764 International Blvd.,   Houston, TX 77024-3585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Nina C Hart rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7