# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | NINA C HART |
| **Case Number:** | 17-24827-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 26, 2018 09:00 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/26/18 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#44 - Continued Confirmation of Plan Dated 3/5/2018 (N)
R / M #:  44 / 0

### *Appearances:*

Debtor: Shepherd
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 8-23-18 at 9:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/23/2018   8:10:27AM