UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** NINA C HART
**Case Number:** 17-24827-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, AUGUST 23, 2018 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/24/18 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#44 - Continued Confirmation of Plan Dated 3/5/2018 (N)
R / M #:  44 / 0

*Appearances:*

Debtor: Shephard
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 9/27/18 at 3:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*
- Debtor is apparently between jobs, provided, however, No payments to date.
- No payments to date
- LAST Continuance
- Need Amended Schedule I

8/16/2018  10:58:31 AM