## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE: NINA C. HART,                    ) 17-24827 JAD
                                        )
               Debtor.                  ) Chapter 13
                                        )
                                        ) Motion No.: WO-2
         NINA C. HART,                  )
                                        ) Filed Under Local Bank.
               Movant,                  ) Rule 9013.4 Para. 6c
                                        )
               vs.                      ) Doc. 75
                                        )
         TEK SYSTEMS,                   )
                                        )
SSN (1) xxx-xx-3953                     )
SSN (2) xxx-xx-xxxx                     )
```

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s)or Trustee having moved to attach wages to fund the Chapter 13 plan,

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

TEK SYSTEMS
7437 Race Road
Hanover, MD 21076

shall deduct from said income the sum of **$573.97 Weekly** beginning on the next pay day following receipt of this order and deduct a similar each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall NOTIFY THE Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this _____7th_____ day of _____September_____, ____2018____.


_____
Jeffery A. Deller   jsf
United States Bankruptcy Judge

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee
    ///////////////

FILED
9/7/18 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24827-JAD
Nina C Hart                                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: mgut            Page 1 of 1          Date Rcvd: Sep 07, 2018
                             Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
db            +Nina C Hart,    764 International Blvd.,    Houston, TX 77024-3585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
          LLC bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com,
          james.prostko@phelanhallinan.com
          Natalie Lutz Cardiello   on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
          ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Rodney D. Shepherd   on behalf of Debtor Nina C Hart rodsheph@cs.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                           TOTAL: 8