Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 17-24827-JAD

Chapter: 13
Docket No.: 80 - 74
Conciliation Conference Date: 9/27/18 at 03:30 PM

**Nina C Hart**
**aka Nina C. Brooks**
  Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __11th__ day of __September__, __2018__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

U.S. Mail, first class, postage pre-paid

on the respondent(s) at (list names and addresses here):

See attached mailing matrix

Executed on __9/11/2018__          __Rodney O. Shepherd__
              (Date)                            (Signature)

__Rodney Shepherd   2403 Sidney St. #208, Pittsburgh, PA 15203__
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing           PRA Receivables Management, LLC          Peoples Natural Gas Company LLC
0315-2                                    PO Box 41021                             c/o S. James Wallace, P.C.
Case 17-24827-JAD                         Norfolk, VA 23541-1021                   845 N. Lincoln Ave.
WESTERN DISTRICT OF PENNSYLVANIA                                                   Pittsburgh, PA 15233-1828
Pittsburgh
Tue Sep 11 07:15:28 EDT 2018
2                                         AES                                      AES/PHEAA
U.S. Bankruptcy Court                     P.O. Box 61047                           P.O. Box 61047
5414 U.S. Steel Tower                     Harrisburg, PA 17106-1047                Harrisburg, PA 17106-1047
600 Grant Street
Pittsburgh, PA 15219-2703

Ally Financial                            Ally Financial                           Bank of America Home Loans
P.O. Box 380901                           PO Box 130424                            4909 Savarese Circle
Bloomington, MN 55438-0901                Roseville MN 55113-0004                  FL1-908-01-47
                                                                                   Tampa, FL 33634-2413


Bank of America, N.A.                     Bank of America, N.A.                    Capital One
C/O Carrington Mortgage Services, LLC     PO Box 31785                             P.O. Box 30253
PO BOX 3730                               Tampa, FL 33631-3785                     Salt Lake City, UT 84130-0253
Anaheim, CA 92803-3730


Capital One Bank                          Comcast Cable                            Credit Acceptance Corporation
P.O. Box 30281                            c/o CMI                                  P.O. Box 5070
Salt Lake City, UT 84130-0281             4200 International Parkway               Southfield, MI 48086-5070
                                          Carrollton, TX 75007-1912


Credit One Bank                           DSNB/Macys                               Fedloan Servicing
P.O. Box 98872                            P.O. Box 8218                            P.O. Box 60610
Las Vegas, NV 89193-8872                  Mason, OH 45040-8218                     Harrisburg, PA 17106-0610


First Premier Bank                        Gentle Breeze                            Gold's Gym
3820 N. Louise Avenue                     c/o Allied Collection Services           c/o First Credit Services
Sioux Falls, SD 57107-0145                3080 S. Durango Drive                    377 Hoes Lane
                                          #208                                     Suite 200
                                          Las Vegas, NV 89117-9194                 Piscataway, NJ 08854-4155


Office of the United States Trustee       Peoples Natural Gas                      Premier Bankcard, Llc
Liberty Center                            c/o Credit Protection Associates         Jefferson Capital Systems LLC Assignee
1001 Liberty Avenue, Suite 970            13355 Noel Road                          Po Box 7999
Pittsburgh, PA 15222-3721                 Suite 2100                               Saint Cloud Mn 56302-7999
                                          Dallas, TX 75240-6837


Quantum3 Group LLC as agent for           Sallie Mae                               Synchrony Bank/JC Penney
MOMA Funding LLC                          123 Justison Street                      P.O. Box 965007
PO Box 788                                3rd Floor                                Orlando, FL 32896-5007
Kirkland, WA 98083-0788                   Wilmington, DE 19801-5360


UPMC Tuition Benefit                      Nina C Hart                              Rodney D. Shepherd
c/o Credit Management Company             764 International Blvd.                  River Park Commons
2121 Noblestown Road                      Houston, TX 77024-3585                   2403 Sidney Street, Suite 208
Pittsburgh, PA 15205-3956                                                          Pittsburgh, PA 15203-2152
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.    (u)BANK OF AMERICA, N.A. C/O CARRINGTON MORTG    (du)Bank Of America, N.A.

(u)Brian Hart    (d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    30
Bypassed recipients    5
Total    35