## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | NINA C HART |
| **Case Number:** | 17-24827-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 27, 2018 03:30 PM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/28/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#74 - Amended Plan Dated 9/6/2018 -N
R / M #:  74 / 0

*Appearances:*

Stephund

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __11/15/18__ at __9:30__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: