UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** NINA C HART
**Case Number:** 17-24827-JAD    **Chapter:** 13

**Date / Time / Room:** WEDNESDAY, APRIL 03, 2019 10:00 AM   COURTROOM D

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 9/6/2018 - Conciliation Conference Held 11/15/2018- Continued To Contested
R / M #:  74 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Rodney Shepherd, Esq.
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
___ Special Type Of Order: _____
✓ CONTINUE MATTER:
   ___ For At Least  30  Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____
        _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY  /  JURY
   ___ Simple / Pretrial Order - NONJURY  /  JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

JEFFERY A. DELLER
U.S. Bankruptcy Judge

FILED
4/4/19 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA