**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**NINA C. HART,**  :   Bankruptcy No. 17-24827-JAD
:
:   Issued Per 5/3/2019 Proceeding
:
**Debtor.**  :   Chapter 13
_____X

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

  **AND NOW,** this **3rd** day of **May, 2019, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor remains legally liable for all of her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108(c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

  **IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

  **IT IS FURTHER ORDERED** that each income attachment issued in this case (if any) is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

  **IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report And Account and the Trustee's Certification Of Distributed Funds. Following submission of a final accounting and certification of distributed funds, the Trustee shall be deemed discharged from her duties in this case and the case shall be deemed closed without further order of court.

  **IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors and parties in interest of this dismissal.

_____  mas
**JEFFERY A. DELLER**
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                 Case No. 17-24827-JAD
Nina C Hart                                                            Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2           User: mgut                   Page 1 of 2                   Date Rcvd: May 03, 2019
                               Form ID: pdf900              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db             +Nina C Hart,    764 International Blvd.,    Houston, TX 77024-3585
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14737690       +AES,    P.O. Box 61047,   Harrisburg, PA 17106-1047
14737691       +AES/PHEAA,    P.O. Box 61047,   Harrisburg, PA 17106-1047
14737693       +Bank of America Home Loans,    4909 Savarese Circle,    FL1-908-01-47,    Tampa, FL 33634-2413
14824839        Bank of America, N.A.,    PO Box 31785,   Tampa, FL 33631-3785
14898678       +Bank of America, N.A.,    C/O Carrington Mortgage Services, LLC,    PO BOX 3730,
                 Anaheim, CA 92803-3730
14737697        Comcast Cable,    c/o CMI,   4200 International Parkway,    Carrollton, TX 75007-1912
14737698        Credit Acceptance Corporation,    P.O. Box 5070,    Southfield, MI 48086-5070
14737700       +DSNB/Macys,    P.O. Box 8218,   Mason, OH 45040-8218
14737701       +Fedloan Servicing,    P.O. Box 60610,   Harrisburg, PA 17106-0610
14737702        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14737704       +Gold's Gym,    c/o First Credit Services,    377 Hoes Lane,   Suite 200,
                 Piscataway, NJ 08854-4155
14737705       +Peoples Natural Gas,    c/o Credit Protection Associates,    13355 Noel Road,    Suite 2100,
                 Dallas, TX 75240-6837
14737706       +Sallie Mae,    123 Justison Street,   3rd Floor,    Wilmington, DE 19801-5360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14737692       +E-mail/Text: ally@ebn.phinsolutions.com May 04 2019 02:22:40     Ally Financial,
                 P.O. Box 380901,   Bloomington, MN 55438-0901
14808284        E-mail/Text: ally@ebn.phinsolutions.com May 04 2019 02:22:40     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14737695       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 02:28:47     Capital One,
                 P.O. Box 30253,   Salt Lake City, UT 84130-0253
14737696       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 02:28:11     Capital One Bank,
                 P.O. Box 30281,   Salt Lake City, UT 84130-0281
14737699        E-mail/PDF: creditonebknotifications@resurgent.com May 04 2019 02:28:34     Credit One Bank,
                 P.O. Box 98872,   Las Vegas, NV 89193-8872
14737703       +E-mail/Text: banko@acsnv.com May 04 2019 02:23:35      Gentle Breeze,
                 c/o Allied Collection Services,    3080 S. Durango Drive,    #208,   Las Vegas, NV 89117-9194
14739319       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:28:50
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14814029       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 04 2019 02:23:25     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14809415        E-mail/Text: bnc-quantum@quantum3group.com May 04 2019 02:22:59
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14737707        E-mail/PDF: gecsedi@recoverycorp.com May 04 2019 02:28:26     Synchrony Bank/JC Penney,
                 P.O. Box 965007,   Orlando, FL 32896-5007
14737708       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 04 2019 02:23:33
                 UPMC Tuition Benefit,    c/o Credit Management Company,    2121 Noblestown Road,
                 Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV
cr              Bank Of America, N.A.
14737694        Brian Hart
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: mgut                  Page 2 of 2                    Date Rcvd: May 03, 2019
                               Form ID: pdf900             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor     BANK OF AMERICA, N.A. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Natalie Lutz Cardiello    on behalf of Trustee Natalie Lutz Cardiello ncardiello@comcast.net,
               ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rodney D. Shepherd    on behalf of Debtor Nina C Hart rodsheph@cs.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```